B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re   Jorge F Vento-Diaz and Susan Vento  ,    Case No. 17-21493-CMG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association,
as Trustee of the Cabana Series III Trust
Name of Transferee

U.S. Bank Trust National Association,
as Trustee of the Bungalow Series III Trust
Name of Transferor

Name and Address where notices to transferee should be sent:

   c/o BSI Financial Services
   1425 Greenway Dr. Suite 400
   Irving, TX 75038

Phone: _____
Last Four Digits of Acct #:   1472

Court Claim # (if known):   10-2
Amount of Claim:   247,965.99
Date Claim Filed:   06/22/2020

Phone: _____
Last Four Digits of Acct. #:   1472

Name and Address where transferee payments should be sent (if different from above):
     c/o BSI Financial Services
     314 S. Franklin Street
     P.O. Box 517
     Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #:  1472

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:      /s/Jonathan Schwalb          Date:      09/15/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey____

In re ___Jorge F Vento-Diaz and Susan Vento___ ,    Case No. __17-21493-CMG__

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __10-2__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __9/15/20__ (date).

Name of Alleged Transferor

U.S. Bank Trust National Association,
as Trustee of the Bungalow Series III Trust

Address of Alleged Transferor:

c/o BSI Financial Services
1425 Greenway Dr.  Suite 400
Irving, TX 75038

Name of Transferee

U.S. Bank Trust National Association,
as Trustee of the Cabana Series III Trust

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Dr.  Suite 400
Irving, TX 75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                  _____
                                                **CLERK OF THE COURT**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | Case No.:  17-21493-CMG<br><br>Chapter:  13 |
| In Re:<br><br>Jorge F Vento-Diaz<br>and<br>Susan Vento | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Hon. Judge:  Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Megan Safina :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents BSI Financial Services in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On September 15, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  September 15, 2020           /s/Megan Safina
                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jorge F Vento-Diaz<br>21 Dawson Rd<br>Kendall Park, NJ 08824<br><br>Susan Vento<br>21 Dawson Rd<br>Kendall Park, NJ 08824 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |